IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:95cr202-MHT |
| EDDIE LYONS | ) | (WO) |

### ORDER

Upon an independent and de novo review of the record, including the recommendation of the Retroactivity Screening Committee, which is adopted, it is ORDERED that defendant Eddie Lyons's motion for reduction of sentence (doc. 1327) is denied.

The United States Sentencing Commission's retroactive amendment to the federal sentencing guidelines applicable to criminal cases involving cocaine base or crack cocaine does not apply to Lyons's guideline sentence because it was not based on any crime involving cocaine base or crack cocaine. Lyons is ineligible under the retroactive

amendment because he was held accountable only for cocaine hydrochloride and heroin.

DONE, this the 23rd day of September, 2008.

    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE